AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

City of New York
*Plaintiff*
v.
CarGurus, Inc.
*Defendant*

Case No. 26-cv-9824

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CarGurus, Inc. .

Date: 11/09/2026

/s/ Lisa Jing
*Attorney's signature*

Lisa Jing; 5665278
*Printed name and bar number*

7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

Lisa.Jing@wilmerhale.com
*E-mail address*

(212) 295-6356
*Telephone number*

(212) 230-8888
*FAX number*